JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| RAUL RODARTE, | ) | No. CV 15-2244-JFW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| CLARK DUCART, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: January 25, 2016

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE